**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Akin AKINKOYE, Defendant–**
**Appellant.**

**No. 01–6438.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 18, 2002.

Decided Feb. 28, 2002.

Akin Akinkoye, Appellant Pro Se. Steven Michael Dettelbach, Office of the United States Attorney, Greenbelt, Maryland, for Appellee.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

PER CURIAM.

Akin Akinkoye appeals from the district court's order denying his motion to compel his trial counsel to produce materials he deems necessary to his anticipated § 2255 motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Akinkoye,* No. CR–97–151–PJM (D. Md. filed Oct. 4, 2000 & entered Oct. 5, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*